EC

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information, including the content, associated with the ) Case No. 2:22-mj-239
Google email addresses listed in Attachment A and )
collectively referred to as SUBJECT ACCOUNTS, that are )
stored at the premises controlled by Google, Inc. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before ____April 18, 2022____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____SD Ohio Clerk's Office____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____April 4, 2022   3:00 PM____

*[signature]*
Kimberly A. Jolson
United States Magistrate Judge

City and state: ____Columbus, Ohio____

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## ITEMS TO BE SEARCHED

This warrant applies to information associated with the following Google email accounts (previously identified as the **SUBJECT ACCOUNTS**), which is stored and maintained at premises owned, maintained, controlled, or operated by Google, LLC, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California:

1. alyhunter6996@gmail.com;
2. skinnybabe100@gmail.com;
3. alyapplegate666@gmail.com
4. devilishangel728@gmail.com;
5. thebluechapter278@gmail.com;
6. aj.silvers9837@gmail.com.

## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED

I. **Information to be disclosed by Google, LLC**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, LLC, including any records that have been deleted but are still available to Google, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose said information, including all images, videos, records, logs, communications, and other information constituting fruits, contraband, instrumentalities, evidence, or proof of state of mind, with respect to violations of 18 U.S.C. §§ 2251, 2252, 2252A, and 2422(b) – the production, distribution, transmission, receipt, and/or possession of child pornography and the coercion and enticement of a minor, as well as 18 USC §875(d) – extortion via interstate communications, with regard to each account or identifier for the **SUBJECT ACCOUNTS** listed in Attachment A for the time period of 2016-2020:

    a. All child pornographic or child erotic photos, videos, and other files associated with the **SUBJECT ACCOUNTS** which are stored using the remote storage and synchronization service commonly known as Google Drive, or which have been deleted therefrom;

    b. All child pornographic or child erotic photos and files associated with the **SUBJECT ACCOUNTS** in the image organizer and image viewer commonly known as Picasa and/or Google Picasa;

    c. The contents of all emails and instant message communications associated with the **SUBJECT ACCOUNTS**, including stored or preserved copies of emails sent to and from the **SUBJECT ACCOUNTS**, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

    d. Any images, videos, emails, instant message communications, records, files, logs, current information, or information or images or videos that have been deleted but are still available to Google, or which have been preserved pursuant to a request to preserve the **SUBJECT ACCOUNTS**;

    e. All records or other information regarding the identification of the **SUBJECT ACCOUNTS**, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the **SUBJECT ACCOUNTS** were created, devices associated with the account, the

      length of service, the IP address used to register the **SUBJECT ACCOUNTS**, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

  f.   Any photos, documents, or other files that may indicate user attribution or ownership of the **SUBJECT ACCOUNTS**;

  g.   The types of service utilized or associated with the **SUBJECT ACCOUNTS**;

  h.   All records or other information stored at any time by an individual using the **SUBJECT ACCOUNTS**, including address books, contact and buddy lists, calendar data, pictures, and files;

  i.   All records pertaining to communications between Google and any person regarding the **SUBJECT ACCOUNTS**, including contacts with support services and records of actions taken;

  j.   All records and other information concerning any computer file created, stored, revised, or accessed in connection with the **SUBJECT ACCOUNTS** or by a **SUBJECT ACCOUNTS** user, including the contents and revision history of each document or other computer file, and all records and other information about each connection made to or from such document or other computer file, including the date, time, length, and method of connection; server log records; data transfer volume; and source and destination IP addresses and port numbers;

  k.   For all information required to be disclosed pursuant to this warrant, the physical locations where the information is stored.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of 18 U.S.C. §§ 2251, 2252, 2252A, and 2422(b) – the production, distribution, transmission, receipt, and/or possession of child pornography and the coercion and enticement of a minor, as well as 18 USC §875(d) – extortion via interstate communications, involving the **SUBJECT ACCOUNTS** from 2016 - 2020, including, for each username identified on Attachment A, information pertaining to the following matters:

(a) Evidence indicating how and when the Google account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Google account owner.

33

(b) Evidence indicating the Google account owner's state of mind as it relates to the crime(s) under investigation.

(c) Evidence of communications related to the production, distribution, transmission, receipt, and/or possession of child pornography and the coercion and enticement of a minor, as well as extortion via interstate communications.

(d) Passwords and encryption keys, and other access information that may be necessary to access the **SUBJECT ACCOUNTS** or identifiers listed on Attachment A and other associated accounts.